Prob12B
(NCW Rev. 2/04)

**FILED**
**ASHEVILLE, N.C.**

OCT - 5 2006

U.S. DISTRICT COURT
W. DIST. OF N.C.

# UNITED STATES DISTRICT COURT

### for the

### Western District of North Carolina

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
### Probation Form 49, Waiver of Hearing is Attached

Name of Offender: Brenda Kay PHILLIPS          Case Number: 1:03CR14-T

Name of Sentencing Judicial Officer: The Honorable Lacy H. Thornburg
U.S. District Judge

Date of Original Sentence: 2/25/04     Register Number:          PACTS Number: 12204

Original Offense: 18 USC 844(e) - By Means of Telephone Did Willfully Make a Threat to Damage by Use of an Explosive Buildings and 18 USC 248(a)(3) - Did Intentionally Damage the Property of the Facility.

Original Sentence: 24 months imprisonment to be followed by Two years supervised release; Special conditions: $250.00 assessment (paid), CAC Fee $13,033.80 (balance outstanding: $12,183.80).

Type of Supervision: Supervised Release     Date Supervision Commenced: 11/10/04

---

### PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total of years.
[X]   To modify the conditions of supervision as follows:

Any outstanding balance of the court-appointed attorney fees be remitted at the expiration of the supervision period.

### CAUSE

Ms. Phillips has fully complied with all other conditions of her supervision. She has complied with the court-ordered indebtedness to the best of her ability. Supervision is due to expire on 11/9/06 and further enforcement of this condition will cause the defendant to undergo financial hardship.

I declare under penalty of perjury that the foregoing is true and correct.

                                               Respectfully submitted,

                         by    _[signature]_
                                 Scott D. Aldridge
                                 Senior U.S. Probation Officer
                                 T(828) 771-7346
                                 Date:

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

10-3-06
Date                               Signature of Judicial Officer